IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MICHAEL MOBLEY,　　　　　　　　）
　　　　　　　　　　　　　　　　）　CIVIL ACTION NO.: CV214-092
　　　　　Petitioner,　　　　　）
　　　　　　　　　　　　　　　　）
　v.　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　）
SUZANNE HASTINGS,　　　　　　　）
　　　　　　　　　　　　　　　　）
　　　　　Respondent.　　　　　）

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Michael Mobley ("Mobley") filed Objections. Mobley objects to the Magistrate Judge's interpretations of the cases to which Mobley cited in support of his 28 U.S.C. § 2241 petition. Mobley's disagreement with the Magistrate Judge's interpretations of the applicable law and the procedural postures of the cases Mobley cited will not result in a rejection of the Magistrate Judge's recommended disposition of Mobley's petition.

Mobley's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Mobley's petition for writ of

habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ____ day of __December__, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA