UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MICHAEL MOBLEY, | |
| Plaintiff | Civil Action No.　CV214-92 |
| | U.S.C.A. No.　15-10215-D |
| WARDEN SUZANNE HASTINGS, | |
| Defendant | |

## ORDER

The appeal from the earlier Judgment of this Court in the above case having been **DISMISSED** by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Order of the Eleventh Circuit is made the judgment of this Court.

This 26 day of August, 2015 at Brunswick, Georgia.

_____
CHIEF JUDGE LISA GODBEY WOOD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA